

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2017

No. 04-17-00517-CR

John Nathan **CAVANESS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Mason County, Texas
Trial Court No. 16-4724
The Honorable Robert Rey Hofmann, Judge Presiding

## O R D E R

The appellant has filed a motion for extension of time, requesting an additional 90 days to file the appellant's brief. The ground for the motion is that appellate counsel needs time not only to review the record, but also for "extensive investigation." The motion also states, "Counsel is currently awaiting the response to several information requests filed in August 2017 that relate to the competency evaluation conducted on February 21, 2017, prior to Defendant's trial. These documents are necessary for a full evaluation of the Defendant's case." However, the record on appeal has been filed, and our review in a direct appeal is limited to the record on appeal, which includes only the reporter's record and the clerk's record. *See* TEX. R. APP. P. 34.1. We grant appellant's motion for extension of time to file the appellant's brief in part and order appellant to file the appellant's brief by November 29, 2017.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court